UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-cv-21917-JLK

ANTHONY PEREZ,

    Plaintiff,

vs.

ATLANTIC AWNINGS & METAL WORKS, INC.,
SMART SHADE STRUCTURES CORP. F/K/A
ATLANTIC AWNINGS CORP., JOEL
IBARGOLLIN, AND JOSE SUAREZ,

    Defendants.
_____/

## DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendants, Atlantic Awnings & Metal Works, Inc. and Joel Ibargollin, hereby files their Certificate of Interested Persons and Corporate Disclosure Statement as follows:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

    a.    Atlantic Awnings & Metal Works, Inc. – Defendant

    b.    Joel Ibargollin – Defendant

    c.    Smart Shade Structures Corp – Co-Defendant

    d.    Jose Suarez – Co-Defendant

    e.    Greenspoon Marder LLP – Defendants' counsel

*Anthony Perez v. Smart Shade Structures Corp.*
CASE NO.: 22-CV-21917-JLK

    f.    Peter R. Siegel, Esq. – Defendants' counsel

    g.    Alejandro I. Leiva, Esq. – Defendants' counsel

    h.    Anthony Perez – Plaintiff

    i.    Fairlaw Firm – Plaintiff's counsel

    j.    Brian Pollock, Esq. – Plaintiff's counsel

2.    The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    (a)    None, other than as provided above.

3.    The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    (a)    None, other than as provided above.

4.    The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    (a)    Anthony Perez - Plaintiff

5.    I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing upon learning of any such conflict.

Date: September 19, 2022

Respectfully submitted,

**GREENSPOON MARDER LLP**
*Attorneys for Defendants*
200 East Broward Boulevard, Suite 1800
Fort Lauderdale, FL  33301
Phone: (954) 491-1120
Fax:    (954) 267-8027

*Anthony Perez v. Smart Shade Structures Corp.*
CASE NO.: 22-CV-21917-JLK

Peter.Siegel@gmlaw.com
Alex.Leiva@gmlaw.com

BY: ___s/ Peter R. Siegel___
    **PETER R. SIEGEL**
    Florida Bar #988634
    **ALEJANDRO I. LEIVA**
    Florida Bar #118309

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 19, 2022, a true and correct copy of the foregoing was filed with this Court using CM/ECF. We also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or by U.S. Mail to those who are not authorized to receive electronically Notices of Electronic Filing.

BY: s/ Peter R. Siegel
    **PETER R. SIEGEL**

## SERVICE LIST

*Attorneys for Plaintiff*

Fairlaw Firm
Brian H. Pollock, Esq.
brian@fairlawattorney.com
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL  33146
Tel.: 305-230-4884