UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-21917-KING/DAMIAN

ANTHONY PEREZ,

    Plaintiff,

vs.

ATLANTIC AWNINGS & METAL WORKS, INC., SMART SHADE STRUCTURES CORP., JOEL IBARGOLLIN, AND JOSE SUAREZ,

    Defendants.
_____/

## **NOTICE OF MEDIATOR SELECTION**

    Plaintiff, Anthony Perez, notices the Court that the parties complied with the Court's Order Setting Trial [ECF No. 12] and agreed to utilize **Paul Lopez, Esq., as mediator.**

    Dated this 9th day of February 2023.

                                          s/Toussaint Cummings, Esq.
                                          Toussaint M. Cummings Esq. (119877)
                                          toussaint@fairlawattorney.com
                                          FAIRLAW FIRM
                                          135 San Lorenzo Avenue
                                          Suite 770
                                          Coral Gables, FL 33146
                                          Tel:    305.230.4884
                                          *Counsel for Plaintiff*