UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-21917-KING/DAMIAN

ANTHONY PEREZ,

    Plaintiff,

vs.

ATLANTIC AWNINGS & METAL WORKS, INC., SMART SHADE STRUCTURES CORP., JOEL IBARGOLLIN, AND JOSE SUAREZ,

    Defendants.
_____/

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with Paul Lopez, Esq., on <u>March 24, 2023,</u> at <u>10:00 a.m.</u> at <u>via Zoom Video Conference</u>. This date has been agreed to by the mediator and the parties and shall not be rescheduled without leave of the Court.

DONE and ORDERED in chambers, at Miami, Florida on _____.

                                                          _____
                                                          JAMES LAWRENCE KING
                                                          UNITED STATES DISTRICT JUDGE

Copies to:
*Designated U.S. Magistrate Judge*
*Counsel of record*