UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:22-cv-21917-JLK

ANTHONY PEREZ,

    Plaintiff

vs.

ATLANTIC AWNINGS & METAL WORKS, INC.,
SMART SHADE STRUCTURES CORP. F/K/A
ATLANTIC AWNINGS CORP.,
JOEL IBARGOLLIN, AND
JOSE SUAREZ,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Defendants, Atlantic Awnings & Metal Works, Inc., Smart Shade Structures Corp. F/K/A Atlantic Awnings Corp., Joel Ibargollin and Jose Suarez, by and through their undersigned counsel, hereby give notice that they have reached a final settlement with Plaintiff, Anthony Perez. The settlement documents are in the process of being prepared and final dismissal papers will be filed with the Court within twenty (20) days.

Dated: April 14, 2023          Respectfully submitted,

                                       **GREENSPOON MARDER LLP**
                                       *Attorneys for Defendants*
                                       200 East Broward Boulevard Suite 1800
                                       Fort Lauderdale, FL  33301
                                       Phone: (954) 491-1120
                                       Fax:    (954) 267-8027
                                       Peter.Siegel@gmlaw.com
                                       Alex.Leiva@gmlaw.com

                                 BY: ___s/ Alejandro I. Leiva_____
                                       **PETER R. SIEGEL**
                                       Florida Bar #988634
                                       **ALEJANDRO I. LEIVA**
                                       Florida Bar #118309

*Perez v. Atlantic Awnings & Metal Works, Inc., et al.*
CASE NO.: 1:22-cv-21917-JLK

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 14, 2023, a true and correct copy of the foregoing was filed with this Court using CM/ECF. We also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or by U.S. Mail to those who are not authorized to receive electronically Notices of Electronic Filing.

BY: s/ Alejandro I. Leiva
**ALEJANDRO I. LEIVA**

## SERVICE LIST

*Attorneys for Plaintiff*

**FAIRLAW FIRM**
Toussaint Cummings, Esq.
Brian H. Pollock, Esq.
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel: (305) 230 - 4884
E-Mail: brian@fairlawattorney.com
toussaint@fairlawattorney.com