UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:22-cv-21917-JLK

ANTHONY PEREZ,

    Plaintiff,

v.

ATLANTIC AWNINGS & METAL WORKS, INC.,
SMART SHADE STRUCTURES CORP. F/K/A
ATLANTIC AWNINGS CORP., JOEL
IBARGOLLIN, AND JOSE SUAREZ,

    Defendants.
_____/

**ORDER APPROVING FLSA SETTLEMENT
AND DISMISSING COMPLAINT WITH PREJUDICE**

THIS MATTER comes before the Court upon the Parties' Joint Motion to Approve Settlement and Dismissal with Prejudice (the "Motion") (DE 18) filed May 18, 2023. Pursuant to the Eleventh Circuit Court of Appeals' holding in *Lynn's Food Stores*, the parties seek this Court's approval of their Settlement Agreement as a "fair and reasonable resolution of a bona fide dispute," and dismissal of Plaintiff's cause of action with prejudice. *See Lynn's Food Stores, Inc. v. U.S. Dep't of Labor*, 679 F.2d 1350, 1352-53 (11th Cir. 1982). Upon consideration of the executed Settlement disclosed to the Court and the Parties' Motion, the Court finds that the Settlement Agreement is fair and reasonable.

Accordingly, after a careful review of the record and the Court being otherwise advised in the premises, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1.     The Parties' Joint Motion to Approve Settlement and Dismissal with Prejudice **(DE 18)** be, and the same is, hereby **GRANTED**;

2.     The Settlement Agreement be, and the same is, hereby **APPROVED**;

3. Plaintiff's Complaint **(DE 1)** be, and the same is, hereby **DISMISSED with prejudice**.

4. The Clerk of Court shall **CLOSE** this case.

**DONE AND ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 19th of May, 2023.

                                        JAMES LAWRENCE KING
                                        U.S. DISTRICT JUDGE
                                        SOUTHERN DISTRICT OF FLORDIA

**cc:**    **All Counsel of Record**
        **The Clerk of Court**